IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BRANCH BANKING AND
TRUST COMPANY,

       Plaintiff,

    v.

JOSEPH KOZAK,

       Defendant.

Civil Action File
No. 1:16-cv-02819-TWT

## PLAINTIFF'S MOTION FOR
## SUMMARY JUDGMENT AGAINST DEFENDANT

Plaintiff Branch Banking and Trust Company ("BB&T"), pursuant to Federal Rule of Civil Procedure 56, hereby moves for summary judgment against Defendant Joseph Kozak ("Kozak"). BB&T is the holder of a promissory note executed and delivered by Kozak that is in default due to his failure to pay the amounts owing under the note upon maturity. BB&T moves the Court for entry of judgment in favor of BB&T and against Kozak on all amounts owed by Kozak and on Kozak's affirmative defenses.

In support of this Motion, BB&T relies upon the following: (1) its Brief in Support of Plaintiff's Motion for Summary Judgment Against Defendant; (2) its Statement of Undisputed Material Facts in Support of Plaintiff's Motion for Summary Judgment Against Defendant; (3) the Declaration of Diane Schramm; (4)

441695:1:ATLANTA

the transcript of the deposition of Joseph Kozak, and (5) all other evidence of record.

Accordingly, BB&T respectfully requests the Court enter summary judgment in its favor.

This 29th day of March, 2018.

**STITES & HARBISON, PLLC**

*/s/ Brian J. Levy*

Paul G. Durdaller
Georgia Bar No. 234890
pdurdaller@stites.com

303 Peachtree Street, N.E.
Suite 2800
Atlanta, Georgia 30308
Telephone:   (404) 739-8800
Facsimile:   (404) 739-8870

Brian J. Levy
Georgia Bar No. 302518
blevy@stites.com
COUNSEL FOR PLAINTIFF

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT was served via CM/ECF on all attorneys of record.

This 29th day of March, 2018.

**STITES & HARBISON, PLLC**

|  |  |
|---|---|
|  | /s/ Brian J. Levy |
|  | Paul G. Durdaller |
|  | Georgia Bar No. 234890 |
| 303 Peachtree Street, N.E. | pdurdaller@stites.com |
| Suite 2800 | Brian J. Levy |
| Atlanta, Georgia 30308 | Georgia Bar No. 302518 |
| Telephone:   (404) 739-8800 | blevy@stites.com |
| Facsimile:    (404) 739-8870 | COUNSEL FOR PLAINTIFF |

441695:1:ATLANTA