## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

BRANCH BANKING & TRUST  :
COMPANY,                :        **CASE NO.: 1:16-cv-02819-TWT**
                        :
    **Plaintiff,**        :
_____:
                        :
**JOSEPH KOZAK,**           :
                        :
    **Defendant.**         :

## DEFENDANT'S RESPONSE TO
## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, Joseph Kozak (hereinafter "Defendant"), by and through undersigned counsel, and hereby files this Response to Plaintiff's Motion for Summary Judgment and respectfully shows this Court that Plaintiff is not entitled to a judgment on the grounds set forth in Defendant's Brief, a copy of which is attached hereto and incorporated herein by reference.

Respectfully submitted this 18th day of April, 2018.

**ROUNTREE & LEITMAN, LLC**

/s/ Hal J. Leitman
Hal J. Leitman
Georgia Bar No.:  446246
Attorneys for Defendant

2800 North Druid Hills Road
Building B, Suite 100
Atlanta, Georgia 30329
404 584-1229
hleitman@randllaw.com