IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BRANCH BANKING & TRUST
COMPANY,

    Plaintiff,

JOSEPH KOZAK,

    Defendant.

CASE NO.: 1:16-cv-02819-TWT

## A F F I D A V I T

STATE OF GEORGIA

COUNTY OF DEKALB

Personally appeared before the undersigned attesting officer authorized to administer oaths, Joseph Kozak, who after being duly sworn, on oath deposes and says:

1.

I am the Defendant in this matter. I am over the age of 18 and competent to make this Affidavit.

2.

This Affidavit is made by affiant to be used in support of Defendant's Response to Plaintiff's Motion for Summary Judgment.

3.

Plaintiff never disbursed the funds of $276,353.76 to me, on September 23, 2010 or anytime thereafter, as referenced in Note Number 2 attached to its Complaint.

4.

Plaintiff never provided me any consideration for entering into Note Number 2 attached to its Complaint.

_____
Affiant, Joseph Kozak

Sworn to and subscribed
before me this ___16___ day
of _____April_____, 2018.

_____
NOTARY PUBLIC