## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant's Response to Plaintiff's Motion for Summary Judgment, Brief in Support of Defendant's Response to Plaintiff's Motion for Summary Judgment, Defendant's Response to Plaintiff's Statement of Undisputed Material Facts, and Affidavit of Defendant, was served via CM/ECF on all attorneys of records.

STITES & HARBISON, PLLC
ATTN: BRIAN LEVY, ESQ.
PAUL DURDALLER, ESQ.
303 PEACHTREE STREET, NE
SUITE 2800
ATLANTA, GEORGIA 30308

This 18th day of April, 2018.

**ROUNTREE & LEITMAN, LLC**

/s/ Hal J. Leitman
Hal J. Leitman
Georgia Bar No.:  446246
Attorneys for Defendant

2800 North Druid Hills Road
Building B, Suite 100
Atlanta, Georgia 30329
404 584-1229
hleitman@randllaw.com